IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALAN LEWIS DOERING**                                                                                      **PLAINTIFF**

V.                              No. 4:08CV00189-BD

**LEROY BROWNLEE,** *et al.*                                                                              **DEFENDANTS**

## ORDER

Pending is Defendants' motion to stay discovery (docket entry #28). In the motion, Defendants request that discovery be stayed pending this Court's ruling on Defendants' motion to dismiss (#20). On the same day Defendants filed the instant motion, the Court ruled on Defendants' motion to dismiss (#30). Accordingly, Defendants' motion to stay is DENIED as moot.

IT IS SO ORDERED this 3rd day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE