IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALAN LEWIS DOERING**  PLAINTIFF
**ADC # 106115**

V.                No. 4:08CV00189-BD

**LEROY BROWNLEE,** *et al.*  DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on February 18, 2009, it is

CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 23rd day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE